*In re* JOSÉ ANTONIO RALAT PÉREZ.

*Número:* 5327 *Resuelto:* 5 de abril de 1991

*Agustín Díaz García* y *Pedro Malavet Vega,* abogados de José Antonio Ralat Pérez; *José Antonio Ralat Pérez, pro se.*

## RESOLUCIÓN

Examinada la petición de reinstalación como abogado presentada el pasado 14 de marzo de 1991 por José Antonio Ralat Pérez,

se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la profesión de abogado a partir del día de hoy.

*Esta resolución se publicará.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*